UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSHUA GUST,<br><br>              Plaintiff,<br><br>   v.<br><br>GAHTLIN BANKS, *et al.*,<br><br>              Defendants. | Case No. 2:14-cv-00599-RFB-CWH<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION** |

     Before the Court for consideration is the Report and Recommendation (ECF No. 23) of the Honorable Carl W. Hoffman, United States Magistrate Judge, entered May 4, 2015.

     A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); <u>see</u> <u>also</u> Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985).

     Pursuant to Local Rule IB 3-2(a), objections were due by May 18, 2015. No objections have been filed, and thus the Court is not required to conduct any review of Judge Hoffman's Report and Recommendation. Nevertheless, the Court has reviewed the record in this case and concurs with Judge Hoffman's recommendation that this case be dismissed without prejudice.

The Court has also reviewed and adopts the explicit findings made by Judge Hoffman that supported his recommendation of a sanction of dismissal.

For these reasons,

**IT IS ORDERED** that the Report and Recommendation (ECF No. 23) is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that this case is DISMISSED WITHOUT PREJUDICE.

DATED: June 15, 2015.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**